**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Mary E.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:26-cv-00008** |
| | ) | **Magistrate Judge Vascura** |
| **Frank Bisignano,** | ) | |
| Commissioner of Social Security, | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

This Social Security disability benefits appeal is presently before the Court on the parties' Joint Motion to remand this case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g) (ECF No. 12). For good cause shown, the Joint Motion (ECF No. 12) is **GRANTED**. It is hereby **ORDERED** that

1. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. R. 58;

2. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Order and the parties' stipulation; and

3. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

s/ *Chelsey M. Vascura*
_____
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE